IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOANNA MAREK, et al, | ) |
| Plaintiffs, | ) Case No. CV04-493-N-EJL |
| vs. | ) JUDGMENT |
| AVISTA CORPORATION, et al, | ) |
| Defendants. | ) |

Based on the Memorandum Order, dated February 23, 2006, and being fully advised in the premises, the Court **HEREBY ORDERS, ADJUDGES AND DECREES** that Plaintiffs take nothing from the Defendants and the complaint is **DISMISSED IN ITS ENTIRETY** as to all parties.

DATED: **February 23, 2006**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - Page 1
06ORDERS\MAREK_JDM.WPD